**Order filed, November 03, 2015.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00751-CR
_____

## EX PARTE DANIEL MARK NUGENT, Appellant

**On Appeal from the Co Crim Ct at Law No 10**
**Harris County, Texas**
**Trial Court Cause No. 2043118**

## ORDER

The reporter's record in this case was due **September 15, 2015**. *See* Tex. R. App. P. 35.1. On **October 01, 2015**, this court ordered the court reporter to file the record within 10 days. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Alexandra McMillen**, the substitute court reporter, to file the record in this appeal **within 10 days** of the date of this order. No further extension will be entertained absent exceptional circumstances. The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed.

*See* Tex. R. App. P. 35.3(c).  If **Alexandra McMillen** does not timely file the record as ordered, we will issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.


PER CURIAM